UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 06-20863-CIV-UNGARO-BENAGES

JOE HAND PROMOTIONS, INC.,
    Plaintiff,
vs.

LAGUNA PLAZA RESTAURANT, INC., et al.,
    Defendants.
_____/

## ORDER ON DEFAULT PROCEDURE

THIS CAUSE came before the Court upon a *sua sponte* examination of the file.

THE COURT has considered the record and is otherwise fully advised in the premises. The record reflects that each Defendant executed a Return of Service pursuant to Fed. R. Civ. P. 4(d) requiring submission of an answer to the complaint within twenty (20) days. It appearing that each Defendant has failed to answer or otherwise respond to the complaint, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL submit a motion for Entry of Clerk's Default by Friday, June 9, 2006, and thereafter proceed with a motion for default final judgment, duly supported by affidavits and other documentation. Failure to do so will result in dismissal of this case without further notice. It is further

ORDERED AND ADJUDGED that the Planning and Scheduling Conference set for June 9, 2006, is hereby rescheduled for 10:30 a.m., Friday, June 23, 2006.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of June, 2006.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record